| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| JASON WALLACH, ESQ. (SBN 75535)<br>GLADSTONE MICHEL WEISBERG WILLNER & SLOANE, ALC<br>4551 Glencoe Ave., Suite 300<br>Marina del Rey, CA 90292<br>Tel: (310) 821-9000<br>Fax: (310) 775-8775<br>Email: jwallach@gladstonemichel.com<br><br>☒ Attorney for Debtors<br>☐ Pro Se Debtor | |

| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER 1:11-bk-12456-VK |
|---|---|
| In re<br><br>   RICHARD HOWARD SIEGEL and<br>   JULIE SARA SIEGEL,<br><br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, RICHARD HOWARD SIEGEL and JULIE SARA SIEGEL  *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 2/28/11.

2. I am the owner of real property[1] at the following street address:

    4979 Westpark Drive

    Valley Village, CA 91601    (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of Bank of America.

    b. Second deed of trust in favor of Bank of America *(if applicable)*.

    c. Third deed of trust in favor of N/A *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          F 3015-1.4

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments  **F 3015-1.4**
Local Bankruptcy Rule 3015-1(m) - *Page 2 of 5*

| In re<br>RICHARD HOWARD SIEGEL and JULIE SARA SIEGEL<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 1:11-bk-12456-VK |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Bank of America #4053 | $2,761.44 | 3/16/11 | 3/15/11 |
|  | $2,761.44 | 4/16/11 | 4/15/11 |
|  |  |  |  |
| Creditor |  |  |  |
| Bank of America HELOC to be avoided |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U. S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5] "Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments    **F 3015-1.4**
Local Bankruptcy Rule 3015-1(m) - *Page 3 of 5*

| In re RICHARD HOWARD SIEGEL and JULIE SARA SIEGEL | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 1:11-bk-12456-VK |

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/23/2011

*Debtor* Richard Howard Siegel

Dated: 4/23/2011

Debtor Julie Sara Siegel

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

**Details for TOTAL CHECKING (...4837)**

| | |
|---|---:|
| Present Balance | $1,684.40 |
| Available Balance | $1,684.40 |

Show me... All Transactions ▼ [Show]  Next >

Transaction Results (1 - 32) for TOTAL CHECKING (...4837)   ● Search Transactions

| Date | Type | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| Pending | Misc. Debit | ATM DEBIT 13949 VENTURA BLVD. SHERMAN OAKS CA | $80.00 | | |
| Pending | Misc. Debit | POS DEBIT THE BOYS RESTAURANT SANTA MARIA CA | $23.06 | | |
| Pending | Misc. Debit | POS DEBIT LAT-SUBSCRIPTIONS LOS ANGELES CA | $27.75 | | |
| Pending | ACH Debit | Bank of America MORTGAGE TEL 4053 | $2,761.44 | | |
| 03/15/2011 | Debit Card Transaction | LAT-SUBSCRIPTIONS 800-52 03/14LAT-SUBSC | $27.75 | | $4,576.65 |
| | Debit Card | | | | |

*Handwritten note:*
Confirmation #153901767
from Erica, B of A bankruptcy dept.
800 669-5224



Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments    **F 3015-1.4**
Local Bankruptcy Rule 3015-1(m) - *Page 4 of 5*

| In re<br>RICHARD HOWARD SIEGEL and JULIE SARA SIEGEL<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 1:11-bk-12456-VK |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4551 Glencoe Ave., Suite 300
Marina del Rey, CA 90292

A true and correct copy of the foregoing document described as  DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  4-25-11  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Elizabeth F. Rojas (TR)    cacb_ecf_sv@ch13wla.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  4-25-11   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Victoria Kaufman    Ascension Capital Group, Inc.
United States Bankruptcy Court    Attn: BMW Bank of America, Inc. Department
21041 Burbank Blvd., Courtroom 301    P. O. Box 201347
Woodland Hills, CA 91367    Arlington, TX 76006

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4-25-11 | Elaine Miyashiro | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.4**

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments    **F 3015-1.4**
Local Bankruptcy Rule 3015-1(m) - *Page 5 of 5*

| In re<br>RICHARD HOWARD SIEGEL and JULIE SARA SIEGEL<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 1:11-bk-12456-VK |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.4**